CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MS13 inmates / BRAN, Jose #80679-083          :
**Full Name of Plaintiff          Inmate Number**    :

                                              :    Civil No. _____
                    v.                        :    (to be filled in by the Clerk's Office)
                                              :
United States                                 :    (___) Demand for Jury Trial
**Name of Defendant 1**                           :    (___) No Jury Trial Demand
                                              :
J. MEYERS (N.G.U.)                            :
**Name of Defendant 2**                           :
                                              :
NATIONAL GANG UNIT DEPT                       :
**Name of Defendant 3**                           :
                                              :
S. I. S. DEPT                                 :
**Name of Defendant 4**                           :
                                              :          **FILED**
                                              :        **SCRANTON**
F.B.O.P.                                      :
**Name of Defendant 5**                           :        MAY 2 3, 2022
(Print the names of all defendants. If the names of all   :
 defendants do not fit in this space, you may attach  :
 additional pages. Do not include addresses in this   :    PER _____
 section).                                    :            **DEPUTY CLERK**

---

**I.    NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✓    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

✓    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

✓    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

TOTAL OF 23 PAGES

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

MS13 inmates / BRAN, JOSE, A.
Name (Last, First, MI)

80679-083
Inmate Number

USP-Lewisburg PA
Place of Confinement

P.O. BOX 1000
Address

Lewisburg, PA 17837-1000
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

✓ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

United States
Name (Last, First)

FEDERAL BUREAY OF PRISONS
Current Job Title

320 First Street,
Current Work Address

NW, Washington, D.C. 20534
City, County, State, Zip Code

Defendant 2:

J. MEYERS

Name (Last, First)

NATIONAL GANG UNIT (OFFICIAL)

Current Job Title

Bureau OF prisons

Current Work Address

320 First street, N·W, Washington, D.C. 20534

City, County, State, Zip Code


Defendant 3:

NATIONAL GANG UNIT (Department) AGENCY

Name (Last, First)

N.G.U.

Current Job Title

Bureau OF prisons  320 First Street,

Current Work Address

NW, Washington, D.C. 20534

City, County, State, Zip Code


Defendant 4:

S.I.S.

Name (Last, First)

S.I.S. Department /AGENCY

Current Job Title

Bureau of prisons  320 First street,

Current Work Address

NW, Washington, D.C. 20534

City, County, State, Zip Code


Defendant 5:

F.B.O.P.

Name (Last, First)

FEDERAL BUREAU OF PRISONS (Department/agency).

Current Job Title

320 First Street,

Current Work Address

NW, Washington, D.C. 20534

City, County, State, Zip Code

## III.    STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

"NATIONAL LOCK-DOWN" of say MS13 on January 31, 2022, USP(s), FCI(s), Midium(s) ect..

B.    On what date did the events giving rise to your claim(s) occur?

January 31, 2022 To (date).

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I'm being Illegally confined on "SHU, special Management Unit", Status, for something that happened on other Institution, which is worser than being yist in Disciplinary Shu-unit, The Institution, Officials/Administration known as "S.I.S. gang unit, NATIONAL Gang unit (N.G.u)". Both entities Acted with malice, forethaught, recklessly, Acted against the MS13 inmates, by Confined them and Transfer Each in group's, pulling them out of their respective prison's environment, To end up in Lewisburg PA.USP, were there are Currently being Housed in, "Special Management units", without Committing any Disruptive, nor security threats of any kind. before being placed in extreme Condition's, There's a protocol that the Administration must go by, and this procedure never Happened. ☆ THERES An INTERVIEW of the USP Lewisburg PA, Official's and psycology must follow, before placing you or Transfering you to Lewisburg PA USP. for Disciplinary Reesons, WHICH I BRAIN JOSE don't Have any Such, Disciplinary, or known of any recent, or active Allegation(s), nor facts, why I'm Here in Lewisburg PA, USP.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

My legal claim's are based on first Hand Knowledge and are multiple, claims, and are in Conjureed/Conjuctioned with say MS13 inmates, Claims, for PROPERTY Damages, and Tort Claim(s), and Civil and Constitutional rights Violation(s). Denied Due process of Law, Infliction- of psychological pain, Isolation without any proof's or facts, Denying- Full Recreational Activities in Indoor's, Tampering with Administrative process- and out going Mail, Damages of SLANDER, Defamation of character, Damage to reputation in the Community, Injury and Dishonor was committed, Unnecessary punishment, Cruel and Unusual punishment, 24 hours Lock-Down- in extreme Heat of 120°F° Cell on weekend's, NO Recreation on weekends- Taking away Property (which are my rights). Fraudulent Covid 19 tests (03/14/2022- 03/17/2022, Medical review of existing High &cholesterol, NO phone Time, no emails: NO visits/VIDEO visit's. A Full description of this legal claims are going to be Produced, when ask by Court., clerk.. and thereof...

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Intentional Infliction of Emotional Distress, Heat rashes and dryness of feet's /Crack on feet, Contaminated of air quality, extreme Temperatures. inadequate Medical care. or High-cholesterol.

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I am Seeking a punitive damages, declaratory judgement, an injunction- injuctive relief, Civil Rights Action under 42 U.S.C. §1983, and Civil Rights- Action under "Bivens", and Negligence Action under (FTCA) 28 U.S.C. §1346.

## VII.    SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.


Signature of Plaintiff


May 11, 2022
Date

UNITED STATES DISTRICT COURT                04172022-1/United states/MS13

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MS13 inmates/BRAN, JOSE #80679-083

                    Plaintiff[s],

                    V.                          Civil Action

                                                No.: _____

United states                                   COMPLAINT

                    Defendant[s]

## I. JURISDICTION & VENUE

1. This is a Civil suit authorized by 42 U.S.C.§1983 to redress the deprivation, under Civil-Rights Action, and Civil Rights under Bivens V. Six Unknown Federal Narcotics Agents, 403-U.S. 388 (1971) (Federal dependants), and under Negligence Action under the Federal Tort Claims Act-(FTCA), 28 U.S.C. §1346, against the United States,...Rights Secured by the Constitution of the United states. The court has jurisdiction under 28 U.S.C.Section 1331 and 1343(a)(3). Plaintiff[s] inmates/Jose Bran seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202-and 28 U.S.C. section 1346(b), 2401(b) and 2671;2680, and 28 U.S.C.§2679 (d)(2), and relief pursuant to 28 U.S.C.§2401(b) and U.S.C.§2675(a) and U.S.C.§2675(a) against the-"United states".. MS13 inmates/plaintiff[s] same apply and claims for injunctive relief are authorized by 28 U.S.C. section 2283 & 2284 and Rule 65 of the Federal Rules of Civil procedure.

2. The MIDDLE District of Pennsylvania is an appropiate Venue under 28 U.S.C. Section 1391 (b)(2)-because it is where the MS13inmates/plaintiff[s] JOSE BRAN #80679-083 are being Housed/confined.

## II. PLAINTIFFS

3. MS13inmates/plaintiff[s] JOSE BRAN #80679-083 is and are at all times being Mentioned herein-Prisoner's of the Federal Bureau of prison's, of the state of Pennsylvania (U.SP) in Lewisburg,PA.

## III. DEFENDANTS

4. Defendan/[s] United states, S.I.S.,NGU,F.B.O.P, There legally responsible for the "National Lock down". →

04172022-2/United states/MS13

of the MS13 inmates/plaintiff[s] JOSE BRAN #80679-083, and Operation(s), Procedures, of any decision making in regard's of Security risk of all the inmates Housed or Confined in Special Managedment unit (SHU).

5. Each Defendant[s] mentioned Herein is sued in every official and govermetal Capacity. At all times mentioned, in this civil suit/complaint, each defendant[s] acted with malice, forethought and with "Evil Intent" to Confined the MS13 inmates/ JOSE BRAN-#80679-083, and to Violate Due process of law, and Civil and Constitutional Rights, and acted recklessly, and did not care that they were going to faced Cruel and unusual punishment.

IV. FACTS

6. At all times relevant to this Civil suit, MS13 inmates and Jose BRAN #80679-083 are in Lewisburg, PA (USP) in "Special Management unit's"(SHU) status.

7. On January 31, 2022, In Victorville CA (usp), S.I.S. officials order the Isolation, Segregation, and confinedment of every MS13 inmates, which is known as The "National Lock-down".

8. The United States NATIONAL GANG UNIT (N.G.U.) High Officials ORDER THis so-called NATIONAL LOCK-DOWN of say MS13 inmates. on January 31, 2022

9. The MS13 inmates "NATIONAL LOCK DOWN" violated not only our Civil Rights nor Constitutional Rights, but also violated our DUE-PROCESS of Law.

10. Victorville CA (usp) was ware the MS13 inmates, JOSE BRAN #80679-083, started the grievance process, and no responce from the S.I.S., or the Regional office, or the Prison Administration.

11. As the 30 days were up, I gave the S.I.S. Regional office and the prison Administration extra (3) day's to response, but still nothing.

04172022-3/united states/MS13

12. BRAN JOSE #80679-083, decided, to send an Original Copy of The claim(s) to the Circuit Court of Los Angeles California, for record, and ask the clerk to send copies of those claim(s) to, S.I.S. Victorville CA (USP), Regional office, and EL SALVADOR Consular, and a Copy to me Here in Lewisburg PA (USP), due to the news I knew that we were going to be transfer on March 17, 2022, and Every officials were going to get my claims of grievance, and Tort Claims and at the same time I would have evidence of my grievance procedures.

13. The arrival at Lewisburg PA (USP) March 17, 2022, at approximate 8:30pm at arrival every inmate were summitted to take a vogus COVID-19 test, just like the One we received when we were in Victorville CA (USP), it was vogus because they the officials, swab our noses and Dispose of the Q-Tip, I know I had contracted Covid-19 During the pandemic and some of the inmates too, the officer's acted recklessly, an un-professional, and no disgard for human life, as far as that goes, we all would of end-up in the hospital or even worst, death, Due to the Negligence of not taking seriously Covid-19.

4. MS13 inmates, JOSE BRAN #80679-083, are being Housed in "special-Management units" (SHU) were multiple Civil and Constitutional Rights are being also Violated, at Lewisburg PA (USP), due to the Call of the, united states, F.B.O.P. S.I.S., and The NATIONAL GANG UNIT (N.G.U.);

5. At Lewisburg USP, I had follow the grievance Procedure, same steps, as I did in CA. USP. Victorville, The Administration and the NGU, are aware, of The Administrative procedure, that the MS13 inmates, JOSE BRAN #80679-083 are doing, but still no response from neither officials.

6. The last grievance/Administrative procedure is due for exhaustion of my Administrative and was sent to the Bureau of Prisons, Administrative Exhaustion office located in Washington D.C.

04172022-4/united states/MS13

17. ADMINISTRATIVE Exhaustion. Bureau of Prisons, Located at 320 First Street, NW, Washington, D.C. 20534. Via Certified Mail #7012 3460 0003 - 3629 5302.

18. Ask the Office to forward a full and complete copy of the same sign and seal under penalty of perjury, for verification reasons, to me Jose, BRAN #80679-083 at Lewisburg PA (USP), because of lack of a Copying Machine, and the Confinement status.

19. I gave the Bureau of Prisons, 70 + (3) days grace to forward and Answer my Claims, Since they got the access and the right tools to redress my grievance, Administrative Remedy, Tort Claims. Unless is the United States (30) days to reply.

V. LEGAL CLAIMS

20. Defendant[s] Isolated, Segregated, and Confined plaintiff[s] MS13-inmates, JOSE, BRAN #80679-083 in "Special Management Units (SMU) without violating any prison rule and not acting disruptively or violently.

21. Defendant[s] Actions violated plaintiff[s] MS13 inmates, JOSE, BRAN-#80679-083 rights under the Eighth Amendment to the United States Constitution and Caused plaintiff[s] MS13 inmates, JOSE, BRAN-#80679-083 pain, Suffering, physical injury, and emotional distress, Property Damages, Denied Due process of Law, Infliction of Psychological pain;

22. Defendant[s] Isolated plaintiff[s] MS13 inmates, JOSE, BRAN #80679-083-without any Proof(s) or facts, Cruel and Unusual punishment.

04172022-5/united states/MS13

23. Defendant[s] are Denying full recreational Activities in Indoor's, there also Tampering With Administrative Process, and out going Mail and incoming Mail, Damage to character, Damage to reputation in the community, Injured and Dishonor was Committed;

24. Defendant[s] Committed unnecessary punishment, Cruel and Unusual punishment - toward Plaintiff[s] inmates of say MS13, JOSE, BRAN #80679-083; Lock down on - weekends 24 Hrs, and in extreme Heat inside Cells of 120°F, were a Metal PIPE go thru a Corner of Cell, Carrying ridiculsly boiling water, specially here, in BLOCK-G in - ewisburg, PA (USP).

25. Defendant[s] Took away Property (which are Our rights), they proceed with Fraudulent - COVID-19 tests, From 03-14-2022 to 03-17-2022, plaintiff[s] MS13 inmates, JOSE - BRAN #80679-083 are being refuse Medical Treatment, reviews, updates, Appointments, Sick-Calls.

26. Defendant[s] is Denying, Use of Phone Time, No emails, No Visits, or any video visits, without any Sign justifying there actions towards plaintiff[s] MS13 inmates, JOSE BRAN #80679-083;

27. Defendant[s] Continues to violate plaintiff(s) MS13 inmates, JOSE, BRAN #80679-083 - rights under Eighth Amendment to the United States Constitution is is Causing plaintiff[s]" pain, suffering, physical injury, and emotional Distress.

28. Defendant[s] failing to Correct, there wrong doing and misconduct, is violating "plaintiff[s]" rights under the Eighth Amendment to the United states Constitution and Continuing being in Special Management units (SHU), is Causing "plaintiff[s]" pain, suffering, physical injury, and emotional distress.

0417-2022-6/united states/MS13

29. Plaintiff[s] MS13 inmates, Jose, BRAN#80679-083, are exercising their rights to seek redress from the Bureau of prison's, S.I.S, NGU, United states, through use of prison grievance, Administrative Remedy, Tort claims, System. ect...

30. Defendant[s] failed to redress, or remedy, settle, this claims, are causing-Plaintiff[s] "Jose, BRAN #80679-083" injury to his/THERE, First Amendment Orights.

31. plaintiff[s] MS13 inmates, Jose, BRAN#80679-083, has no plain, adequate, Or complete remedy at law to redress the civil and constitutional rights and Due process of law described herein.

32. Plaintiff[s] MS13 inmates, Jose, BRAN#80679-083, has been and will continue to be irreparably injured by being Torture, and confined in special Management units (SHU) without violating any prison rule, CODES, nor acting disruptively in any way. Or being a threat to any officials or community, by the conduct of the defendant[s] unless this-Court grants the declaratory and injunctive relief which "plaintiff[s]" seeks.

VI. PRAYER FOR RELIEF

WHEREFORE, "Plaintiff[s]" respectfully pray that this court enter judgment:

33. Granting "plaintiff[s]" a declaration that the claims and omissions described herein Violate the rights under the Constitution and laws of the United states, and

34. A preliminary and permanent injunction Ordering Defendant[s] to cease and send them to population elsewhere, to their respective Security designation facility/prison-toward plaintiff[s] MS13 inmates, Jose, BRAN#80679-083, and

35. Granting plaintiff[s] MS13 inmates, Jose, BRAN#80679-083, Compensatory damages of-$100,000.00 against defendant[s] jointly and Severally.

04172022-7/united states/MS13

36. Plaintiff[s] MS13 inmates, seeks Compensatory damages of $100,000.00 against Defendant[s] jointly and severally.

37. Plaintiff[s] MS13 inmates, JOSE, BRAN #80679-083, seek nominal damages and punitive damages, declaratory judgement, an injunction; injunctive relief, Civil Rights Action Under 42 u.s.c. §1983, Civil Rights Action Under "Bivens", and Negligence Action Under (FTCA) 28 u.s.c. §1346., against each Defendant[s], jointly and severally.

38. "Plaintiff[s]" also seek a jury trial on all issues, Facts, claims triable by jury.
39. "Plaintiff[s]" also seek recovery of their costs in this Civil suit, and any additional relief this Court deems Just, Proper, and equitable.

Dated: _____

Respectfully Submitted, BRAN, JOSE #80679-083
USP-Lewisburg, PA
P.O. BOX 1000
Lewisburg, PA 17837-1000


MS13 inmates (name lists, see Exhibit Ms13 Names)
USP-Lewisburg, PA
P.O. Box 1000
Lewisburg, PA 17837-1000

## VERIFICATION

I have read the foregoing Civil suit/Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and Correct, I certify under penalty of perjury that the foregoing is true and Correct. and not meant to mislead. in good faith, I submit thee. executed at, USP lewisburg, PA on _____

_____; BRAN, JOSE #80679-083
MS13 inmates, USP. lewisburg, PA 17837

09/7/2022 - 9/United states / MS13

1) David Paiz-Cornejo                      # 98569-179
2) Everec Chacon                           # 39018-037
3) Samuel Argueta                          # 71833-279
4) Guillermo Herrera                       # 12261-111
5) Julio Lopez                             # 24127-057
6) Jose Alfaro                             # 32225-112
7) Angel Vasquez                           # 80048-053
8) Jose Goarcia                            # 65901-050
9) Mario Oliva                             # 65912-050
10) Melgar Escobar                         # 77474-083
11) Josue Portillo                         # 21903-084
12) Salino Galiano Edgardo Noel            # 68927-053
13) Carlos Romero                          # 54589-037
14) Wilmer Argueta                         # 57972-037
15) Jorge Sosa                             # 30145-058
16) Rafael Parada-Mendoza                  # 37357-177
17) Oscar Trejo                            # 30203-058
18) Minor Perez Chach                      # 57578-037
19) Melvin Marquez-Sanchez                 # 56294-037
20) David Vasquez                          # 68722-053
21) Adolfo Portillo                        # 73890-083
22) Noe Machado                            # 51412-016
23) Yobany Calderon                        # 79001-053
24) Jose Rubio                             # 87600-053
25) Luis Cruz Rodriguez                    # 64123-037
26) Marlon Cruz-Flores                     # 63514-037
27) Jefferson Amaya                        # 93420-083
28) Hertor David Lopez Martinez            # 29102-078
29) Carlos Florez                          # 30505-058
30) Bernal Portillo                        # 35367-048
        MS13 inmates   (Exhibit MS13 Names)

04172022-9/United States/MS13

31) JOSE DAVID LUIS  # 68928-053
32) MOISES REYES  # 63516-037
33) JOSE SUAREZ  # 90013-053
34) WILVER R LOPEZ  # 68930-053
35) CARLOS HERNANDEZ DIAZ  # 64051-037
36) JOSE ALFARO  # 25772-265
37) AMILAR ZANAS LUIS  # 65830-097
38) OBED ISAAC CHIRINOS  # 54709-056
39) MANUEL AGUILAR MARTINEZ  # 63515-037
40) BRAYAN GALICIA  # 99411-038
41) JESUS CHAVEZ  # 84870-083
42) MODESTO RAMIREZ  # 19575-035
43) MELVIN SORTO  # 29397-016
44) FRANCISCO RAMOS-JIMENEZ  # 76247-053
45) RANDULPHO RODRIGUEZ  # 83148-053
46) MANUEL PAIZ  # 84878-083
47) ERICK MEJIA-RAMOS  # 57835-037
48) CELVIN RAMOS-MEJIA  # 62788-037
49) JULIAN MOZ-AGUILAR  # 65909-050
50) MARTIN AGUILAR RIVERA  # 76955-061
51) JOSE MANUEL ROMERO PARADA  # 71020-050
52) MIGUEL ANGEL MANJIVAR  # 57844-037
53) HUGO PALENCIA  # 65905-050
54) CARLOS PEREIRA BENITEZ  # 90653-083
55) WALTER VELASQUEZ-CRUZ  # 81629-053
56) AMILAR-ZANAS LUIS  # 65830-097
57) VILAS ARGUETA  # 26023-479
58) NOE S. PEREZ VASQUEZ  # 99445-038
59) JOSE GUTIERREZ  # 75396-053
60) LUIS BONILLA  # 75592-053

MS13 inmates   (Exhibit MS13 Names)

MS13 inmates (Exhibit MS13 Names)
61) William Cordova          # 23651-057
62) Irwin Garcia             # 76692-112
63) Perez Jairo              # 99379-038
64) Bran, Jose               # 80679-083

This is the lists of names (inmates) along with their inmate Registration Number that are the "plaintiff[s] MS13" herein mentioned, and also possess first hand knowledge of the herein alleged, and same apply, and claims for injunctive relief on this Civil action suit, and there are more MS13 inmates in other BLOCKS, which the court need's to considered part of this Civil suit also, there all MS13 inmates, and are confined in within the prison, and the Administration Officials in their capacity possess the power to have their names and registration Number, if the Court ask for them. Confinement in Federal prison (F.B.O.P) at;

UNITED STATES PENITENTIARY

P.O. Box 1000

LEWISBURG, PA 17837-1000

By said the Plaintiff[s] MS13 inmates, To the amount sum Certain of- $100,000.00 U.S. dollars Or any Negotiable Instrument, Against the United States & Defendant[s]., THE NEGOTIABLE INSTRUMENT[S] ARE TO BE FORWARD- To THE NATIONAL-LOCK-BOX OF THE "PLAINTIFF[S]" INMATES Account'[S] at;

FEDERAL BUREAU OF Prisons

POST OFFICE Box 474701

Des Moines, Iowa 50947-0001

"I DECLARE and AFFIRM under penalty of Perjury, 28 U.S.C. §1746 that the foregoing is true and Correct. Without Prejudice, UCC1-207. Executed on 05 11 2022

BRAN, JOSE #80679-083

MS13 inmates, Lewisburg, PA 17837

Office of the Clerk
UNITED STATES DISTRICT COURT
For the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

BRAN, JOSE #80679-083
United states penitentiary
P.O. BOX 1000
Lewisburg, PA 17837-1000

May 11, 2022

ATTN: CLERK, U.S. District Court:

WHEREFORE THE Plaintiff[s] on this Civil suit, Respectfully Request that this CLERK ENTER THIS CIVIL ACTION Complaint-NO. _____ Herein and attachment'(s), and forward a Certified Copies TO THE ADDRESSES Below; And Send the foregoing "CERTIFIED MAIL", CERTIFIED Copies"". To;

1. Plaintiff[s] BRAN, Jose #80679-083
United states penitentiary
P.O. Box 1000
LEWISBURG, PA 17837-1000

② Defendant[s] United states (N.G.U.S.I.S.F.B.O.P)
320 First street,
NW, Washington, D.C. 20534

③ Plaintiff[s] Samuel Argueta-
#71833-279
United states penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Inmate Name: BRAN, JOSE

Register Number: # 80679-083

United States Penitentiary

P.O. Box 1000

Lewisburg, PA 17837

7012 3460 0003 3629 5333

MAY 17 2022

RWE

L.Aikey/ 5/19/22

RECEIVED
SCRANTON

MAY 23 2022

PER _____
DEPUTY CLERK

ATTN: CLERK: UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

235 North Washington Avenue,

P.O. Box 1148

Scranton, PA 18501-1148