THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE MANUEL ROMERO PARADA, :
:
           Plaintiff, : 3:22-CV-806
: (JUDGE MARIANI)
v. :
:
UNITED STATES, *et al.*, :
:
           Defendants. :

FILED
SCRANTON
FEB 20 2024
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS 20th DAY OF FEBRUARY, 2024, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 21) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 21) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss and for Summary Judgment (Doc. 17) is **GRANTED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge